NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MADISON SERVICES, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5005

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-675, Judge Lawrence J. Block.

---

## ON MOTION

---

## ORDER

Madison Services, Inc. moves out of time for a 60-day extension of time, until February 11, 2011, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 2 8 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Wayne A. Keup, Esq.
     Devin A. Wolak, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2011

JAN HORBALY
CLERK